Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

for the

_____ District of _____

2024 SEP 17 P 3: 14

_____ Division

DEPUTY CLERK

ROBERT W JOHNSON ,

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

COLVIN POST OFFICE et al ,

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)*  [X] Yes   [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Docusign Envelope ID: 1E1D391E-82B7-4B26-8947-B9220043B0BC
Case 2:24-cv-00324-NT   Document 1   Filed 09/18/24   Page 2 of 6   PageID #: 2

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ROBERT JOHNSON
Address: 214 SMITH RD : APT 4
SYRACUSE, NY 13208
City / State / Zip Code
County: ONONDAGA
Telephone Number: 315-992-2103
E-Mail Address:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: COLVIN POST OFFICE
Job or Title (if known): CORPORATE
Address: 2200 WEBSTER AVE
SYRACUSE , NY 13205
City / State / Zip Code
County: ONONDAGA
Telephone Number: 800-275-8777
E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

Defendant No. 2
Name: Jane Doe
Job or Title (if known): CORPORATE
Address: 2200 WEBSTER AVER
SYRACUSE , NY 13205
City / State / Zip Code
County: ONONDAGA
Telephone Number: 800-275-8777
E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

Docusign Envelope ID: 1E1D291E-82B7-4B26-8947-B922D0438DBC
Case 2:24-cv-00324-NT   Document 1   Filed 09/18/24   Page 3 of 6   PageID #: 3

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

          *City*           *State*           *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

          *City*           *State*           *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        DISCRIMINATIONS , CIVIL RIGHTS VIOLATIONS AND DUE PROCESS VIOLATIONS .

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

        tbd

Docusign Envelope ID: 1E1D291E-82B7-4B26-8947-B9220043B0BC

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

```
tbd
```

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

```
214 SMITH RD : APT 4 : Syracuse , NY 13205 .
```

B. What date and approximate time did the events giving rise to your claim(s) occur?

```
SEPTEMBER 11 ,2024 .
```

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

```
On 09/11/2024 COLVIN POST OFFICE : 2200 WEBSTER AVE : SYRACUSE , NY 13205 and Jane Doe of
2200 Webster Ave : Syracuse , NY 13205 committed signature fraud , mail fraud , wire fraud
and identity theft by signing Certified Mail number 9589 0710 5270 0144 6501 51 for City
Court Marshal Anthony Diglio Jr Affirmation of Service requirements . Robert W Johnson
requests sanctions against all responsible parties and penalties .
```

Docusign Envelope ID: 1E1D291E-82B7-4526-8947-B92200043B0BC
Case 2:24-cv-00324-NT   Document 1   Filed 09/18/24   Page 5 of 6   PageID #: 5

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

```
MENTAL AND PHYSICAL ANGUISH & PUNITIVE DAMAGES .
```

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

```
$100,000,000.00 DISCRIMINATION ; $100,000,000.00 FOR DENIAL OF WRONGDOING AND $200,000,000.00 FOR
PUNITIVE DAMAGES ; $350,000,000.00 FOR FUTURE FEES AND EXPENSES .
```

Docusign Envelope ID: 1E1D391E-82B7-4B26-8947-B9220043B0BC
Case 2:24-cv-00324-NT   Document 1   Filed 09/18/24   Page 6 of 6   PageID #: 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/11/2024

Signature of Plaintiff: ROBERT JOHNSON
Printed Name of Plaintiff: ROBERT JOHNSON

### B. For Attorneys

Date of signing:

Signature of Attorney: WILLIE JOHNSON ESQ
Printed Name of Attorney: WILLIE JOHNSON
Bar Number: 999999
Name of Law Firm: WILLIE JOHNSON ESQ
Address: 65 SIDNEY ST
City: BUFFALO    State: NY    Zip Code: 14211
Telephone Number: 716-445-1734
E-mail Address: